Ryan Lee, Esq. (SBN 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd. Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorney for Plaintiff
AC BAUMGARTNER

**IN THE UNITED STATES DISTRICT COURT,
DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| AC Baumgartner, | ) | **Case No.:** |
| | ) | |
| | ) | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| Plaintiff, | ) | |
| | ) | **(Unlawful Debt Collection Practices)** |
| vs. | ) | |
| Brachfeld Law Group, P.C. | ) | |
| | ) | |
| Defendant. | ) | |

**COMPLAINT**

AC Baumgartner (Plaintiff), by his attorneys, KROHN & MOSS, LTD., alleges the following against Brachfeld Law Group, P.C. (Defendant):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).  According to the FDCPA, the United States Congress has found abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors, and has determined that abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy.  Congress wrote the FDCPA to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively

     disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses.  *15 U.S.C. 1692(a) – (e)*.

2. Plaintiff brings this action to challenge Defendant's actions with regard to attempts by Defendant, a debt collector, to unlawfully and abusively collect a debt allegedly owed by Plaintiff, and this conduct caused Plaintiff damages.

3. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

4. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy" and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

5. Because Defendant conducts business in the state of Arizona, personal jurisdiction is established.

6. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

7. Plaintiff is a natural person who resides in the city of Chandler, Maricopa County, Arizona and is allegedly obligated to pay a debt and is a "consumer" as that term is defined by *15 U.S.C. 1692a(3)*.

8. Defendant is a national company with offices in Torrance, California.

9. Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by *15 U.S.C. § 1692a(6)*.

## FACTUAL ALLEGATIONS

10. Plaintiff received a letter from Defendant dated January 20, 2011 seeking and demanding payment for an alleged debt owed to Chase Bank USA (see letter attached hereto as Exhibit "A").

11. On February 18, 2011 Plaintiff sent a request for validation letter pursuant to 15 USC 1692(g) (see letter attached hereto as Exhibit "B").

12. Plaintiff's letter was received by Defendant on February 22, 2011 (see USPS tracking attached hereto as Exhibit "C").

13. Rather than provide Plaintiff with validation of the alleged debt, Defendant continued its collection campaign by placing collection calls to Plaintiff. Plaintiff has received multiple calls and messages from Defendant seeking and demanding payment, in violation of section 1692g(b)

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

14. Defendant violated the FDCPA based on the following:

    a. Defendant Violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, and abuse Plaintiff.

    b. Defendant violated *§1692g(b)* by attempting to collect the alleged debt via telephone calls without providing Plaintiff verification of the debt per Plaintiff's request.

WHEREFORE, Plaintiff, AC BAUMGARTNER, respectfully requests judgment be entered against Defendant, BRACHFELD LAW GROUP., for the following:

15. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

16. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

17. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, AC BAUMGARTNER, demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

DATED:  June 28, 2011        KROHN & MOSS, LTD.

By: /s/ Ryan Lee
Ryan Lee
Attorney for Plaintiff

- 4 -

COMPLAINT

# VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ARIZONA

Plaintiff, AC BAUMGARTNER, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, AC BAUMGARTNER, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 6-17-11   A C BAUMGARTNER 

# EXHIBIT A

COMPLAINT

PO Box 1209
DEPT #21999
Oaks, PA 19456


**THE BRACHFELD LAW GROUP, PC**

January 20, 2011

Current Creditor : LVNV FUNDING LLC
Originator : Chase Bank USA, N.A.
Originator Account # : 4791338012060314
Reference # : 10318997
Total Amount Due: $18,687.38
Amount Enclosed: _____

86522-1821



A C Baumgartner
503 W SUNDANCE WAY
CHANDLER, AZ 85225-2608

Brachfeld Law Group, P.C.
P.O. BOX 421088
HOUSTON, TX 77242-1088

------------------------------------------------PLEASE RETURN TOP PORTION WITH PAYMENT------------------------------------------------

Total Due: $18,687.38

Dear Sir/Madam,

The named current creditor has placed this account with our office for collection. You can settle this account for a lump sum payment of $11,212.43. This offer will remain valid for a minmum of 45 days from the date of this letter and may be extented for an additional period. Before making a settlment payment after 45 days from the date of this letter, please confirm with one of our representatives that this offer is still valid. Should you choose to accept this offer, please enclose this letter or a copy with your settlement and mark your check or money order with the account reference number listed and that this is a settlement.

To assure proper credit, please put our internal account number 10318997 on your check or money order and enclose the top protion of this letter, or a copy thereof, with your payment. If you need to speak to a representative, contact us at 866-835-1915.

Returned checks may be subject to the maximum fees allowed by your state. Although we are a law firm, lawyers may also be debt collectors, and we are operating only as a debt collector and not in any legal capacity at this time. At this time, no attorney with this firm has personally reviewed the particular circumstances of your account. Attorneys in this firm are only licensed in California and we do not sue in any other state. Moreover, because we are not acting in any legal capacity at this time, this letter should not be construed as a threat of suit by our client, as no such decision has been made by our client.

**Send your payments to:**
Brachfeld Law Group, P.C.
P.O. Box 421088
Houston, TX 77242-1088

**Send overnight delivery to:**
Brachfeld Law Group, P.C.
800 W. Sam Houston Parkway South
Suite 200
Houston, TX 77042

**Send Correspondence to:**
Brachfeld Law Group, P.C.
880 Apollo St.
Suite 155
El Segundo, CA 90245

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the orginal creditor, if different from the current creditor.

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT CONSUMER INFORMATION.**



SEE REVERSE SIDE FOR IMPORTANT INFORMATION

IB002-86522-3641

# **EXHIBIT B**

COMPLAINT

February 18, 2011


A C Baumgartner
503 W Sundance Way
Chandler, AZ 85225

Brachfeld Law Group. P.C.
880 Apollo St.
Suite 155
El Segundo, CA 90245


Reference #10318997

Dear Collector:

This letter is being sent to you in response to a notice sent to me on January 20, 2011. Be advised that this is a notice sent pursuant to the Fair Debt Collection Practices Act, 15 USC 1692(g) that your claim is disputed and validation is requested.

This is NOT a request for "verification" or proof of my mailing address, but a request for VALIDATION made pursuant to the above named title and section. I respectfully request that your offices provide me with competent evidence that I have any legal obligation to pay you.

Please provide me with the following: a simple accounting of the debt, the name and address of the original creditor, and the original account number. Also, please show me that you are licensed to collect in Arizona and provide me with your license numbers and your Registered Agent.

Your anticipated cooperation in this regard is greatly appreciated.



Best Regards,



A C Baumgartner

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# **EXHIBIT C**



A C Baumgartner <biodieselguy@gmail.com>

## FW: USPS Shipment Info for 7010 3090 0001 0999 4477

A C Baumgartner <300sdl@cox.net>                                          Tue, Feb 22, 2011 at 5:49 PM
To: biodieselguy@gmail.com

-----Original Message-----
From: U.S._Postal_Service_ [mailto:U.S._Postal_Service@usps.com]
Sent: Tuesday, February 22, 2011 5:31 PM
To: 300sdl@cox.net
Subject: USPS Shipment Info for 7010 3090 0001 0999 4477

This is a post-only message. Please do not respond.

A C Baumgartner has requested that you receive a Track & Confirm update, as
shown below.

Track & Confirm e-mail update information provided by the U.S. Postal
Service.

Label Number: 7010 3090 0001 0999 4477

Service Type: First-Class Certified Mail

| Shipment Activity Time | Location | Date & |
|---|---|---|
| Delivered 11:46am | EL SEGUNDO CA 90245 | 02/22/11 |
| Arrival at Unit 9:34am | EL SEGUNDO CA 90245 | 02/22/11 |
| Acceptance 10:46am | CHANDLER AZ 85225 | 02/18/11 |

Reminder: Track & Confirm by email

Date of email request:  02/18/11

Future activity will continue to be emailed for up to 2 weeks from the Date of
Request shown above. If you need to initiate the Track & Confirm by email
process again at the end of the 2 weeks, please do so at the USPS Track &
Confirm web site at http://www.usps.com/shipping/trackandconfirm.htm

-------------------------------------------------------------------

USPS has not verified the validity of any email addresses submitted via its
online Track & Confirm tool.


For more information, or if you have additional questions on Track & Confirm
services and features, please visit the Frequently Asked Questions (FAQs)
section of our Track & Confirm site at
http://www.usps.com/shipping/trackandconfirmfaqs.htm