1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                              FOR THE DISTRICT OF ARIZONA

8

9    A C Baumgartner,                    )    CV-11-1283-PHX-FJM
                                         )
10              Plaintiff(s),            )    **ORDER**
                                         )
11   vs.                                 )
                                         )
12   Brachfeld Law Group PC,             )
                                         )
13              Defendant(s).            )
                                         )
14   _____)

15

16          Pursuant to this court's order of January 13, 2012, IT IS ORDERED dismissing this

17   action with prejudice.

18          DATED this 14th day of February, 2012.

19

20          _____
                             Frederick J. Martone
21                        United States District Judge

22

23

24

25

26

27

28